

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00817-CV

**IN RE JOURDANTON HOSPITAL CORPORATION**
d/b/a South Texas Regional Medical Center

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On November 24, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 1st, 2014

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-12-1063-CVA, styled *Stacy Smith, Individually and as Next Friend for C. L. S. v. Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center and Edward Barton Blackmon Jr., M.D.*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.